Calvin F. Love, Bar #307493
LOVE LAW, PC
800 S. Barranca Ave., Ste. 100
Covina, CA 91723
Ph: (626)653-0455
Fax (626)653-0465

Attorney for Creative Recovery Concepts, Inc.
Assignee of Judgment

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD.<br><br>Plaintiff<br><br>vs<br><br>MARIA BECERRA and RUBEN PENA, individually and dba REUBEN'S LOUNGE aka RUBEN'S LOUNGE jointly and severally<br><br>Defendants | CASE No. 02-CV-04015 HLH (SH)<br><br><br>**RENEWAL OF DEFAULT JUDGMENT**   BY CLERK |

Based upon the Application for Renewal of Judgment of the renewed original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 683.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on October 7, 2002 on behalf of Plaintiff, **KINGVISION PAY-PER-VIEW,** which was then assigned by Plaintiff to Assignee of Judgment, **CREATIVE RECOVERY CONCEPTS, INC.** and renewed on September 24, 2012 in favor of Assignee of Judgment, **CREATIVE RECOVERY CONCEPTS, INC.** and against defendants,

PAGE                         RENEWAL OF JUDGMENT
                             CASE NO. 02-CV-04015 HLH (SH)

**MARIA A. BECERRA and RUBEN PENA individually and dba REUBEN'S LOUNGE aka RUBEN'S LOUNGE, jointly and severally,** is hereby renewed in the following amounts:

**Renewal of money judgment**

| | | |
|---|---|---:|
| a. | Total Judgment as last renewed | $30,950.44 |
| b. | Costs after Judgment | 0.00 |
| c. | Attorney Fees | 0.00 |
| d. | Subtotal (add a and b) | 30,950.44 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal (subtract e from d) | 30,950.44 |
| g. | Interest after judgment | 7,425.09 |
| h. | Fee for filing renewal | 0.00 |
| i. | **TOTAL RENEWED JUDGMENT** | **38,375.53** |

DATED: June 1, 2022           Clerk by  *Sharon Hall Brown*
                                         Deputy

KIRY K. GRAY, CLERK OF COURT
U.S. DISTRICT COURT

PAGE                           RENEWAL OF JUDGMENT
                               CASE NO. 02-CV-04015 HLH (SH)